# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Joshua Michael McIntosh<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) Case No. 1:23MJ92 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **September 13, 2022** in the county of **Forsyth and elsewhere** in the **Middle** District of **North Carolina**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 1343 | wire fraud |
| 18 USC § 1956(h) | money laundering conspiracy |
| 18 USC § 1956(a)(1)(B)(i) | concealment money laundering |
| 18 USC § 1957 | financial transcation greater than $10,000 in criminally derived property |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

On this day, the applicant appeared before me via reliable electronic means, that is by telephone, was placed under oath, and attested to the contents of this Criminal Complaint and attached affidavit in accordance with the requirements of Fed. R. Crim. P. 4.1.

/s Cory K. English
*Complainant's signature*

Cory K. English, Special Agent, U.S. Secret Service
*Printed name and title*

Date: 02/23/23

*Judge's signature*

City and state: Greensboro, North Carolina

Hon. L. Patrick Auld, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

## AFFIDAVIT

I, Cory K. English, being duly sworn do hereby affirm and state the following.

1. I am employed as a Special Agent/Criminal Investigator with the United States Secret Service (USSS). I am presently assigned to the Greensboro Resident Office in Greensboro, NC. I was previously assigned to the Raleigh Resident Office in Raleigh, NC, and have been employed by the USSS for approximately three-and-a-half years. My duties include investigating crimes involving counterfeit currency, bank and financial institution fraud, mail fraud, wire fraud, money laundering, illicit financing operations, identity theft and credit card fraud. Additionally, my duties include conducting protective intelligence investigations and providing protection to the President, Vice President and various dignitaries as designated by the Secretary of the Department of Homeland Security. As a federal law enforcement officer, I have the authority to execute warrants issued under the authority of the United States. I received nine months of formal training in criminal investigations from the Federal Law Enforcement Training Center (FLETC) and the USSS's James J. Rowley Training Center (JJRTC) in Beltsville, MD.

2. I submit this affidavit to establish probable cause for an arrest warrant for Joshua Michael McIntosh ("McIntosh") for violations of Title 18, United States Code, Sections 1343 (wire fraud), 1956(h) money laundering conspiracy, 1956(a)(1)(B)(i) (concealment money laundering), and 1957 (financial transaction greater than $10,000 in criminally derived property) (the "SPECIFIED FEDERAL OFFENSES") that have been committed by McIntosh. This affidavit does not set forth all information known to me about this case and is being submitted to provide sufficient information to establish probable cause. I am thoroughly familiar with the information contained in this affidavit, either through personal investigation or through discussions with other law enforcement officers who have interviewed individuals or personally have obtained information, which they in turn have shared with me.

## BACKGROUND

3. In or around October 2022, federal and state law enforcement officers met to address a fraud that was reported by the Yamakin Corporation located at 6850 John Rivers Road, Hopkinsville, KY 42240. Yamakin Corporation representatives reported that a business check (#10159) was written in the amount of $366,079.17 on September 2, 2022, to one of its vendors, Meiko America Inc., located at 19600 Magellan Drive, Torrance, CA 90502. On October 3, 2022, Yamakin Corporation representatives were

notified that business check (#10159) had been intercepted from the mail and fraudulently negotiated at the Truist Bank branch located at 2601 New Walkertown Road, Winston-Salem, NC, instead of California, the originally intended locality of vendor Meiko America Inc. Based on these facts, there is probable cause to establish a violation of Title 18, United States Code, Section 1708, theft or receipt of stolen mail.

## INVESTIGATION

4. On September 13, 2022, McIntosh entered the Truist Bank branch located at 2601 New Walkertown Road, Winston-Salem, NC 27101 and opened a business checking account with Truist Bank under the business name of "Meiko AmericaInc." When McIntosh opened the Truist Bank business checking account ending in 7954, he provided the bank with the articles of incorporation for "Meiko AmericaInc," filed with the North Carolina Secretary of State (NCSOS). These articles of incorporation were filed with the NCSOS on behalf of "Meiko AmericaInc," on September 12, 2022, one day before the Truist Bank business checking account was established. According to NCSOS documentation referencing Meiko AmericaInc, the name of the "initial registered agent," was "Joshua McIntosh." The address given for the "initial registered office of the corporation," was 1824 Eastwood Avenue, Greensboro, NC 27401. The email address given was "meikonc336@gmail.com." Below is a screenshot of McIntosh in the bank on September 13, 2022.



5. It should be further noted that articles of incorporation were also filed with the NCSOS for the below entities on the specified dates:

1. Piedmontnational Corporation LLC (filed 08/24/22)

2. Mad Jacks Asphalt and Concrete LLC (filed 09/14/22)

3. Superiorconstructioncompany LLC (08/22/22)

All of the above entities were registered under the name of Joshua McIntosh and utilizing a business address of 1824 Eastwood Avenue, Greensboro, NC 27401. In addition, all of the above entities were registered with e-mails that

have a format closely resembling that of the Meiko AmericaInc business that was registered on September 12, 2022. For example, (1) Piedmontnational Corporation LLC was registered with the email "piedmont336llc@gmail.com," (2) Mad Jacks Asphalt and Concrete LLC was registered with the email "madjack336llc@gmail.com," and (3) Superiorconstructioncompany LLC was registered with the email "superiorconstructioncompanync@gmail.com." The NCSOS business filing fee for all aforementioned entities was paid by the same access device ending in 8470 and with a billing address of 1824 Eastwood Avenue, Greensboro, NC 27401.

6. A consolidated law enforcement query associated McIntosh with the address of 1824 Eastwood Avenue, Greensboro, NC 27401. An interview of a relative of the late property owner of 1824 Eastwood Avenue revealed that the property went into foreclosure on or about July 2022, and a public auction was held for the property. The relative of the late property owner also said he has received business mail for entities that were unknown to him.

7. After successfully opening a business checking account in the name of Meiko AmericaInc, Yamakin Corporation business check #10159 was subsequently deposited into this newly created business checking account on September 13, 2022. On September 22, 2022, Unidentified Conspirator-1 initiated three separate wire transfers to the following recipients:

1. $155,000.00 to Company-1 (Wells Fargo business checking account ending #1829)

2. $80,000.00 to Individual-1 (PNC Bank personal checking account ending #4199)

3. $50,000.00 to Company-2 (Bank of America business checking account ending #2734)

Based on my review of the evidence, as described in more detail below, I believe Unidentified Conspirator-1 and McIntosh are two different people. A screenshot of Unidentified Conspirator-1 is below.



8. In addition to the three wire transfers made from the Meiko AmericaInc business checking account, on September 23, 2022, McIntosh made

a $1,000.00 cash withdrawal at a Truist Bank branch located at 236 S Main Street, Graham, NC 27253. Truist Bank teller noted on the withdrawal slip the driver's license number of the individual completing the transaction. The driver's license number was T60552243. A consolidated law enforcement query of the driver's license yields that the driver's license belongs to Joshua Michael McIntosh. Pursuant to a grand jury subpoena, Truist Bank provided federal investigators all statements, withdrawal slips, wire agreements, signature cards, still photos and video available for the aforementioned transactions that occurred at the Truist Bank branches in both Winston-Salem and Graham, NC. A copy of the photo on McIntosh's driver's license and a screenshot of McIntosh accessing the Meiko AmericaInc business checking account on September 23, 2022, are below:

 

9. As described below, I attempted to interview McIntosh in December 2022. After reviewing the evidence described above and meeting

with McIntosh, I believe McIntosh both (1) deposited the Yamakin Corporation business check #10159 at the Truist Bank branch in Winston-Salem, NC on September 13, 2022, and (2) conducted the aforementioned $1,000 cash withdrawal transaction at the Truist Bank branch in Graham, NC on September 23, 2022, in the name of Meiko AmericaInc.

10. On December 22, 2022, I attempted to interview McIntosh while he was in custody at the Saratoga County Jail in Ballston Spa, NY. McIntosh invoked his right to an attorney, and the interview ended after the Miranda warning.

## CONCLUSION

11. Based on the above information, I respectfully submit that there is probable cause to believe that Joshua Michael McIntosh has committed the SPECIFIED FEDERAL OFFENSES within the Middle District of North Carolina and therefore requests a warrant for his arrest.

Respectfully submitted,

*/s Cory K. English*
Cory K. English
Special Agent
U.S. Secret Service

In accordance with Rule 4.1(b)(2)(A), the Affiant attested under oath to the contents of this Affidavit, which was submitted to me by reliable electronic means, that is, by telephone, on this 23rd day of February, 2023, at 3:22 a.m./p.m.

The Honorable L. Patrick Auld
United States Magistrate Judge